THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN LEES, Appellant, against KENNETH KEILL, as Director, Respondent.— Motion granted to appeal as a poor person and on original papers, five handwritten or typewritten briefs.

CATHERINE BARKLEY, Appellant, v. AMARYLLIS FRAZIER, Respondent. — Motion granted to appeal as a poor person; appeal dismissed unless typewritten records and briefs are filed and served on or before February 15, 1960.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN GLEASON, Appellant.— Motion granted and appeal dismissed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE EDWARD PHILLIPPSEN, Appellant.— Motion granted to appeal on original papers and five typewritten copies of brief and time for argument of appeal enlarged to include March 1960 Term.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS PORTER, Appellant.— Motion granted and appeal dismissed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN G. COLAVECCHIO, Appellant.— Motion granted to appeal on certified copy of judgment roll, etc., and Alan Brickman, Esq. of Syracuse assigned to conduct appeal.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE BARTLAM, Appellant. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Motion granted to appeal on original papers and five typewritten briefs, and otherwise motion denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES GORE, Appellant.— Motion granted to appeal on certified copy of judgment roll, etc., and Martin R. Bradley, Jr., Esq. of Buffalo assigned to conduct appeal.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BEVERLY ELLEN BOUDREAUX, Appellant.— Motion granted to appeal on original and five typewritten copies of record and brief.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM R. LISS, Appellant.—Motion granted and time for argument of appeal enlarged to include March Term.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY MECCA, Appellant.— Motion granted and time for argument of appeal enlarged to include March Term.

ETHEL ZELINSKY, Appellant, v. HERALD COMPANY, Respondent.— Appeal dismissed, without costs, upon stipulation.

ETHEL ZELINSKY, Appellant, v. POST STANDARD COMPANY, Respondent. — Appeal dismissed, without costs, upon stipulation.

In the Matter of STEPHEN KUROCZKA, Petitioner, against WILLIAM S. HULTS, as Commissioner of the Bureau of Motor Vehicles of the State of New York, Respondent.— Proceeding dismissed unless printed records and briefs are filed and served on or before February 19, 1960.

ALFRED S. GANGLOFF et al., Respondents, v. DONALD H. BROWN, Appellant.— Appeal dismissed, with $10 motion costs for failure to comply with previous order.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES SMITH, Appellant.— Appeal dismissed for failure to comply with previous order.

COLLUM ACOUSTICAL CO. INC., Appellant, v. A. PHIL GROSODONIA, Respondent.— Appeal dismissed unless printed records and briefs are filed and served on or before February 19, 1960.